AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-08909-AGT

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Department of Homeland Security

was received by me on *(date)* 08/28/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☑ I returned the summons unexecuted because Address incorrect for Defendant DHS ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/21/2026

Daniel H. Martinez
*Server's signature*

Daniel H. Martinez, Counsel for NHLP
*Printed name and title*

P.O. Box 34553
Washington, D.C. 20043
*Server's address*

Additional information regarding attempted service, etc:
The address for the Department of Homeland Security (DHS) on the proposed and issued summons [Dkt. 11, 15] was incorrect.

Print Save As... Reset