Deborah Thrope (CA Bar No. 256769)
**NATIONAL HOUSING LAW PROJECT**
90 New Montgomery Street, Suite 1015
San Francisco, CA 94105
(415) 546-7000
dthrope@nhlp.org

Daniel H. Martinez (CA Bar No. 333347)
Daniel A. McGrath (DC Bar No. 1531723)*
Ronald A. Fein (DC Bar No. 90026641)*
Robin F. Thurston (DC Bar No. 1531399)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmartinez@democracyforward.org
dmcgrath@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org
**pro hac vice application pending*

*Counsel for Plaintiff National Housing Law Project*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL HOUSING LAW PROJECT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>*Defendants*. | Case No. 3:26-cv-8909-AGT<br><br>**PROOF OF SERVICE** |

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**NHLP**
**Plaintiff**

**Case Number: 3:26-cv-08909**

**vs**

**HUD**
**Defendant**

## AFFIDAVIT OF SERVICE

Now comes, Tony Klein the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile in San Francisco, CA.

I, Tony Klein certify that on, **09/21/2026**, at **2:16 PM**, I served a copy of the within ***Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Certificate of Interested Entities or Persons and Corporate Disclosure Statement, Order Setting Initial Case Management Conference and ADR Deadlines, Consent or Declination to Magistrate Judge Jurisdiction, First Amended Complaint for Declaratory and Injunctive Relief with Exhibits, Civil Standing Order for Magistrate Judge Alex G. Tse, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent or Declination to Magistrate Judge Jurisdiction upon the within named*** **Pamela Johann, Chief, Civil Division, United States Attorney's Office for the Northern District of California**, in the following manner,

**(xx)** **<u>Corporate/Partnership Service:</u>** Through Personal Service of each document, a true copy to **Kathy Terry, Paralegal,** whom based on informaton and belief affidant knew said individual to be a person authorized to acept service on behalf of **Pamela Johann, Chief, Civil Division, United States Attorney's Office for the Northern District of California**.

Said service was effected at the following location: **P.O. Box 36055, 450 Golden Gate Ave, San Francisco, CA 94102.**

I, Tony Klein describe the individual accepting service **Kathy Terry** as follows: **Kathy Terry**, is a Black Female, approximately 50-59 yrs. old, with Black hair, approximately 5'6" and weighing 150 lb.

I, Tony Klein certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

9/24/26
*Date*

[signature]
**Tony Klein**
507 Polk Street, Suite 320
San Francisco, CA 94102

89638

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-08909

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Pamela Johann, Chief, Civil Division, United States Attorney's Office for the Northern District of California

was received by me on *(date)* 9/21/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kathy Terry, Paralegal P.O. Box 36055, 450 Golden Gate Ave, San Francisco, CA , who is designated by law to accept service of process on behalf of *(name of organization)* Pamela Johann, Chief, Civil Division, United States Attorney's Office for the Northern District of California on *(date)* 9/21/2026 2:16 PM ; or

I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 9/21/2026

[signature]
*Server's signature*

89638

Tony Klein, Process Server
*Printed name and title*

507 Polk Street, Suite 320, San Francisco, CA 94102
*Server's address*

Additional information regarding attempted service, etc:

Kathy Terry Gender: Female Race/Skin: Black Age: 50-59 yrs. old Weight: 150 lb Height: 5'6" Hair: Black Glasses: Other:

Documents Served: Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Certificate of Interested Entities or Persons and Corporate Disclosure Statement, Order Setting Initial Case Management Conference and ADR Deadlines, Consent or Declination to Magistrate Judge Jurisdiction, First Amended Complaint for Declaratory and Injunctive Relief with Exhibits, Civil Standing Order for Magistrate Judge Alex G.

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**NHLP**
**Plaintiff**

**Case Number: 3:26-cv-08909**

**vs**

**HUD**
**Defendant**

## AFFIDAVIT OF SERVICE

Now comes, Tony Klein the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile in San Francisco, CA.

I, Tony Klein certify that on, **09/22/2026**, at **12:06 PM**, I served a copy of the within ***Reissued DHS Summons*** upon the within named **Civil Process Clerk United States Attorney's Office for the Northern District of California**, in the following manner,

(xx) __Corporate/Partnership Service:__ Through Personal Service of each document, a true copy to **Kathy Terry, Paralegal,** whom based on informaton and belief affidant knew said individual to be a person authorized to acept service on behalf of **Civil Process Clerk United States Attorney's Office for the Northern District of California.**

Said service was effected at the following location: **450 Golden Gate Avenue P.O. Box 36055 , San Francisco, CA 94102.**

I, Tony Klein describe the individual accepting service **Kathy Terry** as follows: **Kathy Terry**, is a Black Female, approximately 50 yrs. old, with Black hair, approximately 5'6" and weighing 150 lb.

I, Tony Klein certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

9/23/26
*Date*

89662

**Tony Klein**
507 Polk Street, Suite 320
San Francisco, CA 94102

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-08909

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Civil Process Clerk United States Attorney's Office for the Northern District of California

was received by me on *(date)* 9/22/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kathy Terry, Paralegal 450 Golden Gate Avenue P.O. Box 36055 , San Francisco, , who is designated by law to accept service of process on behalf of *(name of organization)* Civil Process Clerk United States Attorney's Office for the Northern District of California on *(date)* 9/22/2026 12:06 PM ; or

I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 9/22/2026

*Server's signature*

89662

Tony Klein, Process Server

*Printed name and title*

507 Polk Street, Suite 320, San Francisco, CA 94102

*Server's address*

Additional information regarding attempted service, etc:

Kathy Terry Gender: Female Race/Skin: Age: 50 yrs. old Weight: 150 lb Height: 5'6" Hair: Black Glasses: Other:

Documents Served: Reissued DHS Summons

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**NHLP**
**Plaintiff**

vs

**HUD**
**Defendant**

**Case Number: 3:26-cv-08909**

## AFFIDAVIT OF MAILING SERVICE

I, Laura Creekmore, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Laura Creekmore, certify that on 09/21/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons, Complaint, Amended Complaint, and Initiating Documents** upon the within named **Pamela Johann, Chief, Civil Division, United States Attorney's Office for the Northern District of California**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402836208551275201972 with Return Receipt . The sealed envelope was signed for on **09/24/2026 .** (Exhibit A)

Addressed As Follows: **Pamela Johann, Chief, Civil Division, United States Attorney's Office for the Northern District of California, P.O. Box 36055, 450 Golden Gate Ave, San Francisco, CA 94102**

I, Laura Creekmore, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

9/25/26
*Date*

89642

**Laura Creekmore**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 3:26-cv-08909

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Pamela Johann, Chief, Civil Division, United States Attorney's Office for the Northern District of California

was received by me on *(date)* 9/21/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , ______________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ____________ ; or

I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*: **Mailed by Certified Mail 9402836208551275201972 to P.O. Box 36055, 450 Golden Gate Ave, San Francisco, CA 94102 on 09/21/2026. Service was signed for on 09/24/2026. (See Exhibit A)**

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 9/24/2026

[signature]

*Server's signature*

89642

Laura Creekmore, Process Server

*Printed name and title*

P.O. Box 18647, Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Complaint, Amended Complaint, and Initiating Documents

UNITED STATES POSTAL SERVICE®

September 25, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 2019 72**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | September 24, 2026, 01:00 pm |
| **Location:** | SAN FRANCISCO, CA 94102 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | PAMELA JOHANN, CHIEF, CIVIL DIVISION |

## Recipient Signature

**Signature of Recipient:** [illegible]
Christine Miller

**Address of Recipient:** 450 GG # US Attorney

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Pamela Johann, Chief, Civil Division
U.S. Attys Off. for Northern Dist of CA
P.O. Box 36055
450 Golden Gate Ave.
San Francisco, CA 94102
Reference #: 89642
Item ID: 89642

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**NHLP**
**Plaintiff**

**vs**

**HUD**
**Defendant**

**Case Number: 3:26-cv-08909**

## AFFIDAVIT OF MAILING SERVICE

I, Laura Creekmore, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Laura Creekmore, certify that on 09/21/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons, Complaint, Amended Complaint, and Initiating Documents** upon the within named **Todd Blanche, in his official capacity as U.S. Attorney General,** , in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402836208551275202009 with Return Receipt . The sealed envelope was signed for on **09/24/2026 .** (Exhibit A)

Addressed As Follows: **Todd Blanche, in his official capacity as U.S. Attorney General, , 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001**

I, Laura Creekmore, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

9/24/26
*Date*

89643

**Laura Creekmore**
P.O. Box 18647
Washington, DC 20036
202-296-0222

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-08909

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Todd Blanche, in his official capacity as U.S. Attorney General,
was received by me on *(date)* 9/21/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
____________ , ____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)*
______________________ on *(date)* ____________ ; or

I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*: **Mailed by Certified Mail 9402836208551275202009 to 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 09/21/2026. Service was signed for on 09/24/2026. (See Exhibit A)**

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 9/24/2026

89643

[signature]
*Server's signature*

Laura Creekmore, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Complaint, Amended Complaint, and Initiating Documents

UNITED STATES POSTAL SERVICE®

September 24, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 2020 09**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | September 24, 2026, 05:07 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | TODD BLANCHE, IN HIS OFF. CAPACITY AS |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Todd Blanche, in his off. capacity as
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Reference #: 89643
Item ID: 89643

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**NHLP**
**Plaintiff**

**vs**

**HUD**
**Defendant**

**Case Number: 3:26-cv-08909**

## AFFIDAVIT OF MAILING SERVICE

I, Laura Creekmore, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Laura Creekmore, certify that on 09/21/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons, Complaint, Amended Complaint, and Initiating Documents** upon the within named **U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT The Associate General Counsel for Litigation**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402836208551275201934 with Return Receipt . The sealed envelope was signed for on **09/23/2026 .** (Exhibit A)

Addressed As Follows: **U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT The Associate General Counsel for Litigation, 451 Seventh Street, S.W. , Washington, DC 20410**

I, Laura Creekmore, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

9/24/26
*Date*

89639

**Laura Creekmore**
P.O. Box 18647
Washington, DC 20036
202-296-0222

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-08909

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT The Associate General Counsel for Litigation

was received by me on *(date)* 9/21/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , ______________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ____________ ; or

I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*: **Mailed by Certified Mail 9402836208551275201934 to 451 Seventh Street, S.W. , Washington, DC 20410 on 09/21/2026. Service was signed for on 09/23/2026. (See Exhibit A)**

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 9/23/2026

[signature]
*Server's signature*

Laura Creekmore, Process Server
*Printed name and title*

89639

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Complaint, Amended Complaint, and Initiating Documents

UNITED STATES POSTAL SERVICE®

September 23, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 2019 34**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | September 23, 2026, 09:14 am |
| **Location:** | WASHINGTON, DC 20410 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | ASSOCIATE GENERAL COUNSEL FOR LITIGATION |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | mM<br>mM |
| **Address of Recipient:** | HUD |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Associate General Counsel for Litigation
U.S. Dept. of Housing & Urban Dev.
451 Seventh Street, SW
Washington, DC 20410
Reference #: 89639
Item ID: 89639

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**NHLP**
**Plaintiff**

**vs**

**HUD**
**Defendant**

**Case Number: 3:26-cv-08909**

## AFFIDAVIT OF MAILING SERVICE

I, Jane Panjehshahi, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Jane Panjehshahi, certify that on 09/22/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons, Complaint, Amended Complaint, and Initiating Documents** upon the within named **U.S. Department of Homeland Security** , in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402-8362-0855-1275-2029-48 with Return Receipt . The sealed envelope was signed for on **09/24/2026 .** (Exhibit A)

Addressed As Follows: **U.S. Department of Homeland Security , 2707 Martin Luther King Jr Ave SE, Washington, DC 20528**

I, Jane Panjehshahi, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

9/24/26
*Date*

89660

Jane Panjehshahi

**Jane Panjehshahi**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 3:26-cv-08909

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security was received by me on *(date)* 9/22/2026 .

☐ I personally served the summons on the individual at *(place)* __________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

I returned the summons unexecuted because __________ ; or

☒ Other *(specify)*: **Mailed by Certified Mail 9402-8362-0855-1275-2029-48 to 2707 Martin Luther King Jr Ave SE, Washington, DC 20528 on 09/22/2026. Service was signed for on 09/24/2026. (See Exhibit A)**

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 9/24/2026

*Server's signature*

89660

Jane Panjehshahi, Process Server

*Printed name and title*

P.O. Box 18647, Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Complaint, Amended Complaint, and Initiating Documents

UNITED STATES POSTAL SERVICE®

September 25, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 2029 48**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 24, 2026, 10:49 am |
| **Location:** | WASHINGTON, DC 20528 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | U.S. DEPARTMENT OF HOMELAND SECURITY |

## Recipient Signature

**Signature of Recipient:** Jose Reyes

**Address of Recipient:** RUN 19 20593 20223 20229 20659 20536 20528 20598 20598

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

EXHIBIT A

U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528
Reference #: 89660
Item ID: 89660

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**NHLP**
**Plaintiff**

**vs**

**HUD**
**Defendant**

**Case Number: 3:26-cv-08909**

## AFFIDAVIT OF MAILING SERVICE

I, Laura Creekmore, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Laura Creekmore, certify that on 09/21/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons, Complaint, Amended Complaint, and Initiating Documents** upon the within named **U.S. CITIZENSHIP AND IMMIGRATION SERVICES** , in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402836208551275201941 with Return Receipt . The sealed envelope was signed for on **09/23/2026 .** (Exhibit A)

Addressed As Follows: **U.S. CITIZENSHIP AND IMMIGRATION SERVICES , 5900 Capital Gateway Dr. , Camp Springs, MD 20588-0009**

I, Laura Creekmore, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

9/24/26
*Date*

89641

[signature]
**Laura Creekmore**
P.O. Box 18647
Washington, DC 20036
202-296-0222

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-08909

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. CITIZENSHIP AND IMMIGRATION SERVICES

was received by me on *(date)* 9/21/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*: **Mailed by Certified Mail 9402836208551275201941 to 5900 Capital Gateway Dr. , Camp Springs, MD 20588-0009 on 09/21/2026. Service was signed for on 09/23/2026. (See Exhibit A)**

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 9/23/2026

89641

*Server's signature*

Laura Creekmore, Process Server

*Printed name and title*

P.O. Box 18647, Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Complaint, Amended Complaint, and Initiating Documents

UNITED STATES POSTAL SERVICE®

September 23, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 2019 41**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 23, 2026, 12:23 pm |
| **Location:** | WASHINGTON, DC 20529 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | U.S. CITIZENSHIP AND IMMIGRATION SVS. |

## Recipient Signature

**Signature of Recipient:** R Gill
R Gill

**Address of Recipient:** 20529

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

U.S. Citizenship and Immigration Svs.
U.S. Citizenship and Immigration Svs.
5900 Capital Gateway Dr.
Camp Springs, MD 20588
Reference #: 86941
Item ID: 86941

EXHIBIT A