CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL HOUSING LAW PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | CASE No. 3:26-cv-08909-AGT<br><br>**PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>Hon. Alex G. Tse<br>United States Magistrate Judge |

Plaintiff National Housing Law Project and Defendants U.S. Department of Housing and Urban Development, U.S. Department of Homeland Security, and U.S. Citizenship and Immigration Services (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff filed a complaint in this matter on August 26, 2026 (ECF No. 1), requesting relief under the Freedom of Information Act ("FOIA"); and

WHEREAS, Plaintiff filed a first amended complaint on September 2, 2026 (ECF No. 16); and

WHEREAS, Plaintiff served the initial complaint on Defendants on September 8, 2026, and served the first amended complaint by mail on September 24, 2026; and

WHEREAS, on September 28, 2026, the Parties agreed that the time within which Defendants must respond to the first amended complaint will be October 22, 2026; and

WHEREAS, the initial case management conference is set for November 27, 2026, at 2:00 p.m. (ECF No. 10) and the Parties do not anticipate that this deadline for Defendant's response will affect that schedule; and

NOW THEREFORE, the Parties hereby STIPULATE, pursuant to Civil Local Rule 6-1(a), that the time within which Defendants shall respond to the complaint is extended to October 22, 2026.

Date: October 1, 2026

Respectfully submitted,[1]

CRAIG MISSAKIAN
United States Attorney

By: __*/s/ Nag Young Chu*_
NAG YOUNG CHU
Assistant United States Attorney

*Attorneys for Defendants*

Date: October 1, 2026

*/s/ Daniel H. Martinez*
Daniel H. Martinez
Daniel A. McGrath*
Ronald A. Fein*
Robin F. Thurston*
Democracy Forward Foundation
Deborah Thrope
National Housing Law Project

**pro hac vice application pending*

*Attorneys for Plaintiff*

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.