Deborah Thrope (CA Bar No. 256769)
**NATIONAL HOUSING LAW PROJECT**
90 New Montgomery Street, Suite 1015
San Francisco, CA 94105
(415) 546-7000
dthrope@nhlp.org

Daniel H. Martinez (CA Bar No. 333347)
Daniel A. McGrath (DC Bar No. 1531723)*
Ronald A. Fein (DC Bar No. 90026641)*
Robin F. Thurston (DC Bar No. 1531399)*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmartinez@democracyforward.org
dmcgrath@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org
**admitted pro hac vice*

*Counsel for Plaintiff National Housing Law Project*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NATIONAL HOUSING LAW PROJECT,

*Plaintiff*,

v.

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,

*Defendants*.

Case No. 3:26-cv-8909-AGT

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

This Freedom of Information Act ("FOIA") involves several requests filed by Plaintiff National Housing Law Project ("NHLP") with three Defendant federal agencies: U.S. Department of Housing and Urban Development ("HUD"), U.S. Department of Homeland Security ("DHS"), and U.S. Citizenship and Immigration Services ("USCIS"). On August 26, 2026, Plaintiff this lawsuit against the Defendant agencies. ECF No. 1. On September 2, 2026, Plaintiff amended its complaint. ECF No. 16. An Initial Case Management Conference is currently set for December 4, 2026, with a Joint Case Management Statement due on November 20, 2026.

The parties have met and conferred and are in communication to resolve or narrow the issues without judicial intervention. To date, HUD has produced records responsive to three of the requests and is continuing to review records; DHS anticipates completing its search for non-text message records on or around January 8, 2027, and for text message records on or around January 29, 2027; and USCIS reports that it made a release of records in mid-November.

Counsel for the parties believe that continuing the initial Case Management Conference will allow them to keep exploring whether this case can be resolved or narrowed without the Court's intervention. Accordingly, the parties, through undersigned counsel, stipulate pursuant to Local Rule 6-1(b) as follows:

1. The initial Case Management Conference will be continued from December 4, 2026, to January 29, 2027 (or the next available convenient date for the Court).
2. The deadline to file the parties' Joint Case Management Statement will be continued from November 20, 2026, to January 22, 2027 (or seven days before the conference, if scheduled for a later date).
3. The parties will meet and confer on or before December 22, 2026, to discuss the status of the requests, the remaining volume of records to be produced, and if narrowing of the requests is appropriate.

Dated: November 20, 2026

Respectfully submitted,[1]

*s/ Deborah Thrope*
Deborah Thrope (CA Bar No. 256769)
NATIONAL HOUSING LAW PROJECT
90 New Montgomery Street, Suite 1015
San Francisco, CA 94105
(415) 546-7000
dthrope@nhlp.org

*/s/ Daniel H. Martinez*
Daniel H. Martinez (CA Bar No. 333347)
Daniel A. McGrath (DC Bar No. 1531723)*
Ronald A. Fein (DC Bar No. 90026641)*
Robin F. Thurston (DC Bar No. 1531399)*
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmartinez@democracyforward.org
dmcgrath@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org
*admitted pro hac vice*

*Counsel for Plaintiff National Housing Law Project*

CRAIG H. MISSAKIAN (CA Bar No. 12502)

KENNETH BRAKEBILL (CA Bar No. 196696)

*/s/ Nag Young Chu*
Nag Young Chu (NY Bar No. 5925821)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

*Attorneys for Defendants*

[1] In accordance with Civil Local Rule 5-1(i)(1), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The case management conference shall be continued to January 29, 2027, at 2:00 p.m., and the parties shall file a case management statement on or before January 22, 2027.

Date:

________________________________
HONORABLE ALEX G. TSE
United States Magistrate Judge